UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONALD HUGH HUTTON ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:24-CV-349-FL |
| US DEPARTMENT OF VETERANS AFFAIRS, ) | |
| JOHN AND OR JANE DOES, former landlords, ) | |
| and JOHN AND OR JANE DOES, WRAL News ) | |
| Station Personnel ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 1, 2024 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute and to follow court's order.

**This Judgment Filed and Entered on November 1, 2024, and Copies To:**
Ronald Hugh Hutton (via US mail) 89 Ellis Street, Atlanta, GA 30303

November 1, 2024                    PETER A. MOORE, JR. CLERK

                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk